UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                     Case No. 23-CR-100

ANTHONY L. SALMON,

    Defendant.

---

## ORDER DENYING MOTION FOR HEARING

---

    Defendant's "Request for Hearing on Motion to Reconsider Fine" (Dkt. No. 106) is denied. The motion does not comply with Rule 47 of the Federal Rules of Criminal Procedure. That rule requires that a motion "except when made during a trial or hearing . . . . must state the grounds on which it is based and the relief or order sought." Defendant's request for a hearing on a motion to reconsider the fine imposed fails to state the basis on which the relief is requested or the court's authority to grant such relief. Accordingly, the motion is denied without prejudice. If the defendant refiles his motion with appropriate support, the government is directed to file a response within 14 days.

    Dated at Green Bay, Wisconsin this <u>22nd</u> day of January, 2025.

                                                  s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge